Eliot R. Samulon, SBN: 67401
**POTTER, COHEN & SAMULON**
3852 E. Colorado Blvd.
Pasadena, CA  91107
Telephone: (626) 795-0681
Facsimile:  (626) 795-0725
E-Mail:  esamulon@pottercohenlaw.cpm

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SIDNEY F. LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner Of Social Security,<br><br>    Defendant. | **Case No.  CV 12-02679 RZ**<br><br>**[PROPOSED] ORDER ON STIPULATION FOR AWARD OF EAJA FEES** |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of SIX THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS ($6,500.00). ~~subject to the terms of the stipulation~~.

Date: November 07, 2013      _____
                              HONORABLE RALPH ZAREFSKY
                              UNITED STATES MAGISTRATE JUDGE

-1-